**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Vincent Andre Lowe,

Civil File No. 01-CV-134 RHK/JMM

Plaintiff,

vs.

**STIPULATION AND ORDER EXTENDING THE TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**

Equifax, Inc.,
a Georgia corporation,

Defendant.

---

**WHEREAS,** Plaintiff served Defendant with a Summons and Complaint in this case on or about January 24, 2001; and

**WHEREAS,** Defendant's responsive pleading is due under the Federal Rules of Civil Procedure on or about February 13, 2001; and

**WHEREAS,** Defendant above-named has requested, and Plaintiff has agreed to an extension of time within which Defendant may respond by motion or answer to Plaintiff's Complaint to allow the parties to informally consider this matter and explore settlement.

**NOW THEREFORE,** it is hereby stipulated and agreed by all parties that Defendant above-named shall have until March 16, 2001 by which to move, answer, or otherwise respond to Plaintiff's Complaint, subject to approval of the District Court.

DATED: February 13, 2001

Eric L. Crandall, Esq.
Attorney for Plaintiff
275 South 3rd Street, Suite 101
Stillwater, MN 55082
(651) 430-8187
Minn. Atty. Lic. No. 189492

FILED FEB 22 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

DATED: 2/19/01

Brad Miller, Esq.
Kilpatrick Stockton LLP
Suite 2800
1100 Peachtree Street
Atlanta, GA 30309-4530
(404) 815-6500
Attorneys for Defendant

**IT IS SO ORDERED**

In accordance with the foregoing Stipulation, Defendant shall have until March 16, 2001, by which to move or answer in response to Plaintiff's Complaint.

**BY THE COURT:**

DATED: 2/21/01

John M. Mason
United States Magistrate Judge